UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23653-Civ-COOKE/WHITE
(12-20115-Cr-COOKE)

THERESA MCCLOVER,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND
DENYING CERTIFICATE OF APPEALABILITY**

    THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On November 17, 2016, Judge White issued a Report of Magistrate Judge (ECF No. 10) recommending that: (1) Theresa McClover's Motion to Vacate Sentence under 28 U.S.C. § 2255 (ECF No. 1) be denied on the merits; (2) a certificate of appealability be denied; and (3) this case be closed.

    McClover did not file objections to the Report of Magistrate Judge, and the time to do so has passed. I have considered Judge White's Report, and have made a *de novo* review of the record. I find Judge White's Report clear, cogent, and compelling.

    It is **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 10) with respect to the merits of the case is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

    It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v.*

*Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 14th day of December 2016.

                                                                */s/ Marcia G. Cooke*
                                                                MARCIA G. COOKE
                                                                United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Theresa McClover*, pro se
*Counsel of record*